# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2364 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 81 DB 2015 |
| | : | |
| v. | : | Attorney Registration No. 86611 |
| | : | |
| MARY ELLEN CHAJKOWSKI, | : | (Out of State) |
| | : | |
| Respondent | : | |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of June, 2017, upon consideration of the Petition for Review and responses to a Report and Recommendations of the Disciplinary Board, Mary Ellen Chajkowski is suspended from the Bar of this Commonwealth for a period of one year and one day, and she shall comply with all the provisions of Pa.R.D.E. 217. Respondent shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).